UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACKERY WHEELER, | No. 2:20-cv-1705-TLN-EFB PS |
| Plaintiff, | |
| v. | ORDER |
| MATTHEW MAJESKY, and NICHOLAS FOGAL, | |
| Defendants. | |

Plaintiff, proceeding without counsel, brings this action under 42 U.S.C. § 1983. He paid the requisite filing fee, but he has filed an unsigned complaint.

Rule 11 of the Federal Rules of Civil Procedure requires that "[e]very pleading, written motion, and other paper . . . be signed by at least one attorney of record in the attorney's name— or by a party personally if the party is unrepresented." Fed. R. Civ. P. 11(a). Because plaintiff did not sign the complaint (ECF No. 1), it will be disregarded. Within 21 days from the date of service of this order, plaintiff may file a complaint that is signed. *See* Fed. R. Civ. P. 3 ("A civil action is commenced by filing a complaint with the court."). Failure to comply with this order may result in an order closing this case.

So ordered.

Dated: August 28, 2020.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE