UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACKERY WHEELER,<br><br>    Plaintiff,<br><br>v.<br><br>MATTHEW MAJESKY, et al.,<br><br>    Defendants. | No. 2:20-cv-01705-TLN-JDP<br><br>**ORDER** |

    Plaintiff proceeds in this civil rights action *pro se*. The matter was referred to a United Magistrate Judge pursuant to Local Rule 302.

    On August 20, 2021, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

    The Court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

    Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed August 20, 2021, are ADOPTED;
2. This action is DISMISSED without prejudice for failure to prosecute and failure to comply with court orders;
3. All pending motions are DENIED as moot; and

1       4.  The Clerk of Court is directed to close the case.

2 Dated: September 20, 2021

                                              Troy L. Nunley
                                              United States District Judge

2